**FILED**
April 11, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. MAG. 08-0130 DAD
        Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
PRETTY LE, )
)
        Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  PRETTY LE , Case No.  MAG. 08-0130 DAD , Charge  Title 21 USC §§ 841; 846 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    X  Bail Posted in the Sum of $ 50,000.00

    X  Unsecured Appearance Bond  co-signed by father

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    X  (Other)  Pretrial Services Supervision of Conditions of release.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 11, 2008  at  2:55  pm .

                             By  /s/ Dale A. Drozd
                                   Dale A. Drozd
                                   United States Magistrate Judge